# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D17-4552

———————————————————

MALCOLM T. WATKINS,

   Appellant,

   v.

FLORIDA BOARD OF
PROFESSIONAL ENGINEERS,

   Appellee.

———————————————————

On appeal from Board of Professional Engineers.
Zana Raybon, Executive Director.

February 25, 2019

PER CURIAM.

   AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Malcolm T. Watkins, pro se, Appellant.

John J. Rimes, III, Florida Engineers Management Corporation, Tallahassee, for Appellee.